[No. 28124-8-III.   Division Three.   June 21, 2011.]

*In the Matter of the Marriage of* NUTHAVADEE SLANE, *Respondent*, and STEPHEN SLANE, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-3-00262-4, Melissa K. Chlarson, J. Pro Tem., entered April 17, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

[No. 28589-8-III.   Division Three.   June 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED MARSHALL GOLLEHON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-01037-7, Michael G. McCarthy, J., entered October 30, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29398-0-III.   Division Three.   June 21, 2011.]

AMBER L. POLLEY, *Appellant*, v. LINDA L. FISHER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-02909-6, Blaine G. Gibson, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[Nos. 28799-8-III; 29162-6-III.   Division Three.   June 23, 2011.]

EDWARD J. VOTAVA ET AL., *Respondents*, v. JAN KRYNS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00086-7, Rebecca M. Baker, J., entered January 7, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.